UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC STORAGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD-LEOPOLD NOVAK,<br><br>　　　　Defendant. | Case No. 3:23-cv-06606-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING IFP, AND REMANDING CASE**<br><br>Re: Dkt. No. 4 |

On December 28, 2023, Magistrate Judge Thomas S. Hixson issued a Report and Recommendation that I remand this pro se case to state court due to lack of subject matter jurisdiction. [Dkt. No. 9]. No party has objected. *See* Fed. R. Civ. Proc. 72(b).

I have reviewed the entirety of the record and docket. I agree that I lack subject matter jurisdiction and so I ADOPT the Report and Recommendation. This case is hereby REMANDED to the California Superior Court for San Mateo County.

Novak's motion for leave to proceed in forma pauperis, [Dkt. No. 3], is GRANTED for good cause. The defendant's second motion to remand, [Dkt. No. 7], and ex parte motion to shorten time to respond, [Dkt. No. 9], are VACATED as moot.

**IT IS SO ORDERED.**

Dated: January 16, 2024

William H. Orrick
United States District Judge